UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMY SORRELL,

                Plaintiff,

v.

DEPARTMENT OF CORRECTIONS (DOC), and AMARU, P.A.,

                Defendants.

No. C10-5639 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' Motion for Summary Judgment (ECF No. 12) is **GRANTED;** Plaintiff's claims are **Dismissed without Prejudice for Failure to Exhaust.**

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 24th day of October, 2011.

                /s/ Ronald B. Leighton
                RONALD B. LEIGHTON
                UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1