UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY SORRELL,<br><br>                Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS (DOC), and AMARU, P.A.,<br><br>                Defendants. | No. C10-5639 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion for Summary Judgment (ECF No. 12) is **GRANTED;** Plaintiff's claims are **Dismissed without Prejudice for Failure to Exhaust.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 24th day of October, 2011.

                                              /s/ Ronald B. Leighton<br>
                                              RONALD B. LEIGHTON<br>
                                              UNITED STATES DISTRICT JUDGE