# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEREMY SORRELL

JUDGMENT IN A CIVIL CASE

v.

DEPARTMENT OF CORRECTIONS
(DOC) and AMARU, PA

CASE NUMBER: C10-5639RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Defendants' Motion for summary Judgment (ECF No. 12) is **GRANTED;** Plaintiff's claims are **Dismissed without Prejudice for failure to Exhaust.**

| | |
|---|---|
| October 25, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |